Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-058 RSM |
|---|---|
| Plaintiff | |
| v. | ORDER TO SEAL DOCUMENT |
| LARRY W. COLLINS, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit B,

It is hereby ORDERED that the sensitive information contained in Exhibit B, shall remain sealed.

DATED this 5th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Erin H. Becker*
ERIN BECKER
Assistant United States Attorney

Order to Seal
*United States v. Collins* / CR21-508 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970