Judge Ricardo S. Martinez

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10

| UNITED STATES OF AMERICA, | ) | No. CR21-0058RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TERMINATING |
| vs. | ) | SUPERVISION |
| | ) | |
| LARRY W. COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

11
12
13
14
15
16
17
18

This matter comes before the Court on the motion of defendant Larry W. Collins for
an order terminating his term of supervised release.  The Court having considered defendant's
motion, the Government's response and the records and files here, finds as follows:

19
20
21
22

Mr. Collins and his codefendants were charged by Indictment on April 1, 2021 with
a conspiracy to distribute controlled substances. He was arrested on April 7, 2021 and released
on his own recognizance the same day. While on bond, Mr. Collins complied with all conditions
of his release.

Mr. Collins was the first defendant in this matter to resolve his case, entering his guilty
plea on October 20, 2021.

ORDER TERMINATING SUPERVISION
(Collins, CR21-0058RSM) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800
FAX (206) 624-2805

1    The Court sentenced Mr. Collins on April 7, 2022 to serve twenty one months in custody

2    followed by three years of supervised release. Mr. Collins voluntarily surrendered to serve his

3    sentence at FDC SeaTac. His term of supervision commenced upon his release from custody on

4    June 9, 2023.

5    Mr. Collins has served approximately thirteen months of his term of supervised release

6    without incident. Upon release from custody, Mr. Collins resumed working in his business, All

7    Nature, a janitorial service. He has been subject to drug testing and has not had a positive test

8    while on supervision.

9    Mr. Collins has been on supervision since June 2023, and his term of supervision expires

10   in June 2026. United States Probation Officer Elizabeth Pace, who has been supervising Mr.

11   Collins, has confirmed that he "is statutorily eligible" for early termination of his term of

12   supervised release and that he "is in compliance with his conditions [of supervision] and "has not

13   incurred any violations".[1]

14   The Court further finds that Mr. Collins is no longer in need of supervision. Prior to this

15   charge, he had but one prior conviction that occurred more than 30 years before his conviction

16   int this matter. He served his term in custody and on supervision without incident. He had been

17   employed fulltime prior to his arrest and continuously since his release from custody, resuming

18   what the government previously characterized as a "stable and generally successful life".

19   Government Sentencing Memorandum, Dkt. No 159. Now, therefore,

20   ///

21   ///

22   ///

---

[1] Email from Ms. Pace to defense counsel dated July 10, 2024.

ORDER TERMINATING SUPERVISION
(Collins, CR21-0058RSM) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800
FAX (206) 624-2805

1

  IT IS HEREBY ORDERED that the term of supervision in this matter is terminated

2

effective immediately. Given his age and prior record, the Court believes that Mr. Collins is at

3

low risk of reoffending.

4

  DATED  18th day of July, 2024.

5

6

_____

7

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

8

9

10

_____

11

UNITED STATES DISTRICT JUDGE

12

13

Presented by:

14

 _s/  Michael G. Martin_____
Michael G. Martin, WSBA #11508

15

Attorney for Larry W. Collins
500 Union Street, Ste 847

16

Seattle, WA  98101
206.624.2800

17

206.624.2805 fax
michaelm@sidlon.com

18

19

20

21

22

ORDER TERMINATING SUPERVISION
(Collins, CR21-0058RSM) - 3

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800
FAX (206) 624-2805